CHRIS A. HOLLINGER (S.B. #147637)
CHRISTOPHER T. SCANLAN (S.B. #211724)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
American Airlines, Inc. (sued herein
as "American Airlines")

ROY W. WESLEY (S.B. #132493)
E. EUGENE ATHERTON (S.B. #047281)
PURSLEY WESLEY, LLP
1760 Creekside Oaks Drive, Suite 190
Sacramento, CA  95833
Telephone:   (916) 922-9801
Facsimile:    (916) 922-9061

Attorneys for Plaintiff
Steve Belzer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BELZER, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, et al., <br><br> Defendants. | Case No. 2:06 CV-2884-GEB-GGH <br><br> **STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION** |

**THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, it is for the convenience of the parties and witnesses and in the interest of justice, within the meaning of 28 U.S.C. § 1404(a), that the above-captioned civil action be transferred to the United States District Court for the Central District of California, Western Division; and

WHEREAS, this civil action might originally have been brought in said United States District Court and Division.

NOW, THEREFORE, subject to the Court's approval, the parties hereby stipulate as follows:

1.   The parties respectfully request that the Court enter an order transferring this action to the United States District for the Central District of California, Western Division.

2.   The parties respectfully request that the Court vacate the status conference, currently scheduled for March 26, 2007, and all deadlines related thereto.

IT IS SO STIPULATED.

Dated:  March 12, 2007.        ROY W. WESLEY
                               E. EUGENE ATHERTON
                               PURSLEY WESLEY, LLP

                               By:  /s/ E. Eugene Atherton
                                    E. Eugene Atherton
                               Attorneys for Plaintiff
                               STEVE BELZER

Dated:  March 12, 2007.        CHRIS A. HOLLINGER
                               CHRISTOPHER T. SCANLAN
                               O'MELVENY & MYERS LLP

                               By:  /s/ Chris A. Hollinger
                                    Chris A. Hollinger
                               Attorneys for Defendant
                               AMERICAN AIRLINES, INC.

# [PROPOSED] ORDER

The Court hereby orders as follows:

1. Because the parties stipulate that a transfer pursuant to 28 U.S.C. § 1404(a) is convenient for the parties and witnesses and would serve the interest of justice, the above-captioned civil action is hereby transferred to the United States District Court for the Central District of California, Western Division.

2. The status conference, currently scheduled for March 26, 2007, and all deadlines related to or triggered by said status conference, are hereby vacated.

**IT IS SO ORDERED.**

Dated: March 12, 2007.

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE